UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA A EDWARDS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>    Defendants. | Case No. 12-cv-04868-WHO<br><br>**ORDER TO SHOW CAUSE WHY COUNSEL FOR PLAINTIFFS SHOULD NOT BE SANCTIONED** |

On August 14, 2013, the Court held a hearing on the Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 47), as well as a case management conference. Dkt. No. 55. Although counsel for the defendants appeared to argue the motion, neither counsel for the plaintiffs, Jeremy J. Alberts or Batkhand Zoljargal, appeared to defend against the motion.

At the hearing, as reflected in the Civil Minutes, the Court ordered the parties to hold a teleconference with the alternative dispute resolution unit within two weeks to discuss whether an ADR process may prove beneficial. A teleconference was scheduled for August 27, 2013. Dkt. No. 57. Although counsel for the defendants appeared, neither counsel for the plaintiffs appeared despite multiple attempts by the ADR unit to contact them, nor have counsel for the plaintiffs explained their absence.

The lack of diligence which counsel for the plaintiffs have shown in prosecuting the plaintiffs' case and their disregard for the Court's order to participate in the ADR conference is unacceptable. The Court ORDERS Jeremy J. Alberts and Batkhand Zoljargal to show cause why they should not each be sanctioned $250.00 given their failure to follow the Court's order, their

1 lack of professional courtesy and disrespect towards opposing counsel and the Court by failing to
2 appear at Court-scheduled hearings/telephone conferences, and, most importantly, their failure to
3 dutifully represent their clients' interests. Counsel shall respond to this Order to Show Cause no
4 later than September 9, 2013.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
WILLIAM H. ORRICK
United States District Judge