UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURA A. EDWARDS, et al.,

    Plaintiffs,

    v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,

    Defendants.

Case No. 12-cv-04868-WHO

**ORDER EXPUNGING ORDER TO SHOW CAUSE**

Re: Dkt. No. 58

The Court issued an Order to Show Cause because on August 27, 2013, the plaintiffs' attorneys failed to appear for a telephone ADR conference required by the Court and failed to explain their absence to the Court. This followed their failure on August 14, 2013, to appear to argue against a motion to dismiss and initial failure to explain their absence. This conduct is obviously unacceptable. In response to the Order to Show Cause, Jeremy Alberts described his failure to see the ECF notification setting the ADR call and Batkhand Zoljargal stated that she was out of the country. In light of these responses, the Court expunges the Order to Show Cause. Any further lapses will not receive such lenient consideration by the Court.

**IT IS SO ORDERED**.

Dated: September 17, 2013

_____
WILLIAM H. ORRICK
United States District Judge