UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA A. EDWARDS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-04868-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 64 |

The plaintiffs, through their counsel, advised the Court that the parties have reached a settlement.

The Court ORDERS that this matter be DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. The Court further ORDERS that if any party certifies to this Court, with proper notice to opposing counsel within 90 days from the date of this Order, that settlement has not in fact occurred, the Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: September 26, 2013



WILLIAM H. ORRICK
United States District Judge